UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO: 2:19-cr-134-SPC-NPM

RICHARD PAUL COTE

_____

## **ORDER**

Before the Court is Defendant Richard Paul Cote's pro se Motion for Clarification of the Court's Subject Matter Jurisdiction. (Doc. 62). The United States has not filed a response. The Court grants the motion to the extent set forth below.

Defendant asks the Court to clarify its subject matter jurisdiction. He states that the United States executed a federal warrant and obtained custody over him from Collier County Jail in Naples, Florida without a writ of habeas corpus ad prosequendum. Therefore, he questions whether the Court had lawful subject matter jurisdiction to prosecute him in this case.

Defendant was subject to warrants out of Brevard County issued on March 25, 2019, and May 2, 2019. He was arrested by Collier County for robbery offenses on June 19, 2019, that ultimately led to his federal indictment on the same charges in August 2019. After those charges were nolle prossed on September 4, 2019, he was arrested on September 5, 2019, on a federal warrant issued August 28, 2019, and ordered detained on those federal charges

the same day as his federal arrest. Defendant's presentence report indicates the Brevard County warrants and cases remain pending. *See* PSR ¶¶ 69–71.

To the extent Defendant wishes to challenge jurisdiction, he must do so in a motion under 28 U.S.C. § 2255.

Accordingly, it is

**ORDERED**:

Defendant Richard Paul Cote's pro se Motion for Clarification of the Court's Subject Matter Jurisdiction (Doc. 62) is **GRANTED** to the extent set forth above.

**DONE and ORDERED** in Fort Myers, Florida on April 6, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All parties of record

2